

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2020

No. 04-20-00236-CV

Lesley **WENGER,** City of Castle Hills Alderman Place 4 and Sylvia Gonzalez, City of Castle Hills, Place 3,
Appellants

v.

**THE STATE OF TEXAS,** ex. rel.,Mike Flinn, Bonnie Hokpe, Vince Martinez, Scott Gray, Ginger Magers, and Robbie Casey,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-15722
Honorable Larry Noll, Judge Presiding

## O R D E R

Appellants' motion for an extension of time to file a reply brief is GRANTED. Appellants' reply brief is due on or before **January 21, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court